UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| EARL DIXON, individually & on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>DYNAMIC RECOVERY SOLUTIONS, LLC and JOHN DOES 1 to 10,<br><br>    Defendants. | Case No. 1:21-cv-2405 |

## NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA:

**PLEASE TAKE NOTICE** that Defendant, Dynamic Recovery Solutions, LLC ("Defendant" or "DRS"), by and through its undersigned counsel, respectfully notifies this Court of the removal of the above-captioned matter from the Superior Court in Marion County, Indiana, identified by case number 49D12-2106-CT-021021, to the United States District Court for the Southern District of Indiana, and shows the Court as follows:

1. This action was commenced in the Superior Court in Marion County, Indiana by serving Plaintiff's Complaint on Defendant on August 13, 2021.

2. Pursuant to 28 U.S.C. § 1446(a), a true and accurate copy of the Summons and a true and accurate copy of the Complaint is attached hereto as "Exhibit 1."

3. Defendant was served with the Complaint on August 13, 2021 via Certified Mail.

4. Plaintiff Earl Dixon ("Plaintiff") brought this action against Defendant for alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA"), and the Indiana Deceptive Consumer Sales Act, Ind. Code §§ 24-5-0.5-1 to 24-5-0.5-12 ("IDCSA").

5. This Court has original jurisdiction over Plaintiff's FDCPA claims pursuant to 28 U.S.C. § 1331 which provides: "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

6. This Court has supplemental jurisdiction over Plaintiff's IDCSA state law claim, pursuant to 28 U.S.C. § 1367, against Defendant because this claim arises from the same series of events, arises from the same set of operative fats, relates to the same alleged wrongful conduct, and forms part of the same case or controversy as the federal claims alleged.

7. The Marion County Circuit Court is located in the Southern District of Indiana, 28 U.S.C. § 94(b). Venue is proper because this is the "district and division embracing the place where the action is pending." *See* 28 U.S.C. § 1441(a) and 1446(a).

8. The instant Notice of Removal is being filed within thirty (30) days of Defendant having been served with the Summons and Complaint. Therefore, pursuant to 28 U.S.C. § 1446(b), the instant Notice of Removal is timely.

9. Defendant will give written notice of the filing of this Notice of Removal to all adverse parties, as required by 28 U.S.C. § 1446(d).

10. Defendant will file a true and accurate copy of this Notice of Removal with the State on Indiana, Marion County Superior Court, as required by 28 U.S.C. § 1446(d).

**WHEREFORE,** DRS respectfully requests that the aforementioned State Court Action, now pending in the Superior Court in Marion County, Indiana be removed to the United States District Court for the Southern District of Indiana.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

By: /s/ *Jennifer Kalas*

Jennifer Kalas (17396-64)
jkalas@hinshawlaw.com
322 Indianapolis Blvd., Suite 201
Schererville, IN 46375
219-864-5051