The Court acknowledges the Stipulation of Dismissal, dkt. 49.
JPH, 6/21/2022
Distribution via ECF.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| EARL DIXON, individually & on behalf of others similarly situated,<br>Plaintiff,<br>Vs.<br>DYNAMIC RECOVERY SOLUTIONS, LLC and JOHN DOES 1 to 10,<br>Defendants. | CIVIL ACTION<br><br>CAUSE NO. 1:21-cv-02405-JPH-DLP |

## STIPULATION OF DISMISSAL

The parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby dismiss Plaintiff's individual claims with prejudice and Plaintiff's class action claims without prejudice, and without costs, attorney fees or sanctions to any party.

Respectfully submitted,

**KELLER LAW**                                **THE ECHOLS FIRM, LLC**

By: */s/ Duran L. Keller*            By: */s/ Chad V. Echols (with consent)*
Duran L. Keller, 31743-79                Chad V. Echols (admitted Pro Hac Vice)
P. O. Box 1248                                  224 Oakland Ave. (29730)
Lafayette, IN 47902                         Rock Hill, South Carolina 29731
Telephone: (765) 444-9202           Telephone: 803-329-8971
duran@kellerlawllp.com                 chad.echols@theecholsfirm.com

*Attorney for Plaintiff*                    *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing was served upon all parties via CM/ECF.

Date: Lafayette, Indiana
June 9, 2022

Respectfully submitted,
*/s/ Duran L. Keller*
Duran L. Keller (31743-79)